No. 4988.—NIMACA SHOE FACTORY, INC., ET AL., apldos., *v.* MANRIQUE ET AL., apltes.—C. D. San Juan. ▮ Junio 17, 1929. Por los méritos de la moción del apelado y por no haber sido presentada la transcripción de los autos para este recurso del apelante, desestimamos su apelación.

No. 4984.—COSME, aplte., *v.* PALACIOS ET AL., apldos.—C. D. Humacao. ▮ Junio 19, 1929. Vista la moción para desestimar, presentada por la parte apelada, y la certificación que se acompaña, se desestima por falta de prosecución la apelación entablada en este caso contra sentencia de noviembre 1, 1928, dictada por la Corte de Distrito de Humacao.

No. 4752.—THE PORTO RICO RACING CORPORATION, aplda. v. COMISIÓN HÍPICA INSULAR, aplte., y LAS MONJAS RACING CORPORATION, aplda.—C. D. San Juan. ▮ Junio 18, 1929. Vista la moción que antecede sobre desestimación de la presente apelación, así como el escrito de oposición a la misma, no ha lugar por ahora a la desestimación solicitada.

No. 582.—VICENTY, peticionario, *v.* CORTE DE DISTRITO MAYAGÜEZ, HON. C. E. FOOTE, JUEZ, demandada.—▮ Junio 18, 1929. Habiendo resuelto en el día de hoy las apelaciones Nos. 4273 y 4282 confirmando la sentencia que declaró a José Agustín Vincenty y Martínez heredero de Juan Vincenty Ramos y a la viuda en su cuota usufructuaria, se hace innecesario resolver el presente recurso de *certiorari* para que se nombre un administrador judicial de los bienes del causante, quedando la corte de distrito en libertad de adoptar las medidas que puedan solicitarse y fueren procedentes en vista de la expresada confirmación, y se anula el auto expedido.